IN RE:  **FILED**  CASE NO. 05-55868-S

2011 MAY -5 AM 11: 35

MERLE BOLL  CHAPTER 7
MARY BOLL

    Debtors  U.S. BANKRUPTCY COURT
            NORTHERN DISTRICT OF OHIO  REPORT OF DIVIDEND
                  AKRON              UNDER FIVE DOLLARS

    Harold A. Corzin, Trustee herein, reports that check #112 in the amount of $.90 was issued on April 21, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditors:

                                                              Amt. of Dividend

Claim #8      Worldwide Financial Capital Bank    $   .64
               c/o Weinstein & Riley, P.S.
               2101 Fourth Ave., Suite 900
               Seattle, WA 98121

Claim #9      World Financial Network National    $   .24
               Bank, Lane Bryant Retail
               c/o Weinstein & Riley
               2101 Fourth Ave., Suite 900
               Seattle, WA 98121

TOTAL:                                                         $   .90

                                                   _____
                                                   HAROLD A. CORZIN, TRUSTEE
                                                   304 N. Cleveland-Massillon Rd.
                                                   Akron, Ohio 44333
                                                   (330) 670-0770

April 25, 2011

                                                   *ck # 112*
                                                   *receipt # 82331*