FILED

IN RE:                                          CASE NO. 05-55868-S

MERLE BOLL                                      CHAPTER 7
MARY BOLL
          Debtors                               REPORT OF DIVIDEND
                                                UNDER FIVE DOLLARS

     Harold A. Corzin, Trustee herein, reports that check #112 in
the amount of $.90 was issued on April 21, 2011 to the Clerk of
Courts in payment of dividend under $5.00 for the following
unsecured creditors:

                                                        Amt. of Dividend

Claim #8        Worldwide Financial Capital Bank    $      .64
                c/o Weinstein & Riley, P.S.
                2101 Fourth Ave., Suite 900
                Seattle, WA 98121

Claim #9        World Financial Network National    $      .26
                Bank, Lane Bryant Retail
                c/o Weinstein & Riley
                2101 Fourth Ave., Suite 900
                Seattle, WA 98121

TOTAL:                                              $      .90

                         __/s/ Harold A. Corzin_____
                         HAROLD A. CORZIN, TRUSTEE
                         304 N. Cleveland-Massillon Rd.
                         Akron, Ohio 44333
                         (330) 670-0770

May 6, 2011